In the Matter of the Construction of the Will of LOUIE LEACH, Deceased. ELIZABETH BARTLETT, as Administratrix with the Will Annexed of the Estate of LOUIE LEACH, Deceased, et al., Appellants. FLOYD LEACH, Respondent.—

938

Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ., concur.